**[Print in black ink all areas in bold letters. This summons must be served with a complaint.]**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Dawn Quaker 2021 AUG 23 AM 11: 36

**[your name(s)]** **Plaintiff(s),**

- against -

Internal Revenue Service,
United States of America

**[name(s) of party being sued]** **Defendant(s).**

**SUMMONS** NF

**Index Number** 100719/2021

**Date Index Number Purchased**

______________, 20__

To the Person(s) Named as Defendant(s) above:

PLEASE TAKE NOTICE THAT YOU ARE SUMMONED to answer the complaint of the plaintiff(s) herein and to serve a copy of your answer on the plaintiff(s) at the address indicated below within 20 days after service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the complaint.

Dated: June 9, 2021
**[date of summons]**

**FILED**
**JUN 10 2021**
**COUNTY CLERK'S OFFICE NEW YORK**

[signature]
**[sign your name]**

Dawn Quaker
**[print your name]**

40 Ann St., NY, NY 10038
646-945-0728
**[your address(es), telephone number(s)]**

Defendant(s) Internal Revenue Service
United States of America c/o White House

**[address(es) of party being sued]**

Venue: Plaintiff(s) designate(s) New York County as the place of trial. The basis of this designation is: **[check box that applies]**

- ☒ Plaintiff's(s') residence in New York County
- ☐ Defendant's(s') residence in New York County
- ☐ Other **[See CPLR Article 5]**: ____________

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ______________________

Dawn Quaker
Plaintiff,

Index No. 100719 /2021

-Against-

**COMPLAINT**

Internal Revenue Service
United States Of America
Defendant,

FILED
JUN 10 2021
COUNTY CLERK'S OFFICE
NEW YORK

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The complaint of the plaintiff Dawn Quaker, respectfully shows and alleges as follows:

Please read the attached 30 pages ~~to~~ related to this valid Summons and Complaint against the Internal Revenue Service and the United States of America

**[Print in *black* ink all areas in bold letters. This summons *must* be served with a complaint.]**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Please know this was not served, and is being included as 5 pages in a new suit that incl. the USA, per the bars, added

**SUMMONS**

Dawn Quaker
**[your name(s)]** Plaintiff(s)

- against -

Internal Revenue Service
**[name(s) of party being sued]** Defendant(s)

**Index Number** 100460-2021

**Date Index Number purchased**

FILED APR 28 2021 NEW YORK COUNTY COUNTY CLERK

To the Person(s) Named as Defendant(s) above:

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to answer the complaint of the plaintiff(s) herein and to serve a copy of your answer on the plaintiff(s) at the address indicated below within 20 days after service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the complaint.

Dated: March 17, 2021
**[date of summons]**

[signature]
**[sign your name]**

Dawn Quaker
**[print your name]**

40 Ann St, N.Y., N.Y. 10038
646-945-0729
**[your address(es), telephone number(s)]**

Defendant(s) Internal Revenue Service
**[address(es) of defendant(s)]**

Venue: Plaintiff(s) designate(s) New York County as the place of trial. The basis of this designation is: **[check box that applies]**

- ☑ Plaintiff(s) residence in New York County
- ☐ Defendant(s) residence in New York County
- ☐ Other **[See CPLR Article 5]:** ______

7-08

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ______________

Dawn Quaker
Plaintiff,

Index No. 100460 /2021

-Against-

**COMPLAINT**

FILED
APR 28 2021
NEW YORK COUNTY
COUNTY CLERK

Defendant,

Internal Revenue Service

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The complaint of the plaintiff Dawn Quaker, respectfully shows and alleges as follows:

Seeking help and a contact email address for the Internal Revenue Service (IRS) I noticed their use of the word, "sometime" on the TAS Subscription page and this word was referenced often as a measure of time by group(s) or individual(s) who abuse me in a way that is, or mirrors, telepathy, especially between April 22nd and May 6th of 2020 after first meeting a man named Louis Hach.

I used the word in Whatsapp messages to Louis that I now cannot access and was told by abusers of me at the time that

Louis Hach shared them with someone else who had abused me and is said to actively ask individual and companies, including Starbucks in 2020 to abuse me named Tikhon Bernstam and Tikhon, included in the email attached regarding the IRS, was said to admit that what I wrote to Louis was from them and "them" referred to the multiple people abusing me then which was said to include someone who I had not been allowed to file valid harassments incident against w. the NYPD after she abused me, Kani Chu, while she was at a company that abused me Alley, and abusing me w. people the abusers of me call the "homeless community" that is organized and doesn't necessary incl. individuals who are all homeless.

Dated: March 17, 2021

Dawn Quaker
Plaintiff

**VERIFICATION**

Dawn Quaker, being duly sworn, deposes and says:

I am the plaintiff in the above-entitled action. I have a read the foregoing complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on the information and belief and as to those matters I believe them to be true.

FILED
APR 28 2021
NEW YORK COUNTY
COUNTY CLERK

[signature] 3/17/21
Signature

Dawn Quaker
Print Name

Sworn to before me this 17th day of March 2021

[signature]
Notary Public

WAH HEE LEI
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01LE6151951
QUALIFIED IN KINGS COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES AUGUST 28, 2022

TAS Subscriptions

# SUBSCRIBE

## General Subscription

Subscribe to the Taxpayer Advocate Service tax updates email and stay informed on the latest tax relief and tax law changes.

Name

Dawn Quaker

Email*

dawnquaker2021@gmail.com

Subscribe

You need to wait for sometime before subscribing again

## Media

Subscribe if you're part of the media and would like to receive updates on major TAS announcements and media releases.

Name

Dawn Quaker

Email*

dawnquaker2021@gmail.com

Subscribe

You need to wait for sometime before subscribing again

## NTA Blog

Subscribe to the NTA's Blog and receive the latest blog posts from National Taxpayer Advocate Erin M. Collins.

In English

Name

Email*

Subscribe

## NTA Blog en Español

Suscríbase al Blog de la NTA y reciba actualizaciones sobre las últimas publicaciones del blog de la Defensora Nacional del Contribuyente en Español.

En Español

Name

Email*

Subscribe

Gmail - PRINT: IRS #1

Gmail

Dawn Quaker <[illegible]@gmail.com>

**PRINT: IRS #1**
1 message

Dawn Quaker <[illegible]@gmail.com> Thu, Mar 4, 2021 at 10:06 AM
To: Dawn Quaker <[illegible]@gmail.com>

---------- Forwarded message ----------
From: Dawn Quaker <[illegible]@gmail.com>
Date: Mon, Mar 1, 2021 at [illegible] PM
Subject: PA
To: Dawn Quaker <[illegible]@gmail.com>

---------- Forwarded message ----------
From: Dawn Quaker <[illegible]@gmail.com>
Date: Monday, March 1, 2021
Subject:
To: [illegible]

Please know that I am attaching a copy of the letter to me from Pennsylvania's Department of Labor & Industry that I mentioned in the email that I would like to send to the Internal Revenue Service.

On Monday, March 1, 2021, Dawn Quaker <[illegible]@gmail.com> wrote:

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

Many thanks,
Dawn

Dawn Quaker
[illegible]

[illegible]

Phone: [illegible]
[illegible]

[illegible]

[illegible]

[illegible]

Pg 1/24

Ask for help re. → Also need • IRS doc . Job History Words ... Please k... x these ... notes ... pregnant ... while ... longer ... abuse ... longer ... look ... better ...

Summons and Complaint
Dawn Quaker vs. United States of America
Internal Revenue Service

Supporting a hate crime against me that impacts all 8 of my companies which I am happy to discuss in full with the defendant as people who abuse me, even while in the shower alone, say they put them (ie. my companies) in people's bodies and their use of them while I am abused, or someday hopefully when I am not abused, also is an example of the abuse of me as they are all my companies and the reference(s) to them, my "body" use of me, use of them, investment in them, or working with them, and all Hate Crimes with every moment of use or reference rightly to me evidence of the hate crimes and a part of them,

Because of the support for this Hate Crime against me and my companies

Summons and Complaint
Davon Qualer vs. United States of America
Internal Revenue Service

I have yet to be able to pay all of my taxes and have my 2015 taxes reviewed, and I have been a victim of this crime since 2005 likely, but 2011 being the year I would have said it began before the constant abuse of me began ~~on May 10, 2019 or~~ in early August of 2019 as after August of 2019 I was forced to all Kristen Weiser, or Kristen Layer, and Taryn Kaschock-Russell and Jason Saltzman continue to abuse me

They, and others, enslave me or speak of me to me as if they do, and talk of the following: "leashes on (me)", "staying with (me)", "letting (me) go", or, "letting (me) loose on the world."

This is important as I fear the US Gov' cannot stop or arrest them, and I will have to rely on people and companies that abuse me to learn how to stop them

Pg 3/24

Summons and Complaint
Dawn Quaker vs. United States of America
                    Internal Revenue Service
from forcing me to hear them, which
is the means of abuse that began
in the Fall of 2011 while I was
working at Raymond James Financial

My taxes are important to me as I
don't want to be found guilty or
have to plead guilty to tax evasion,
and since May of 2020, the people
abusing me have been so aggressive
I cannot meet my needs because
of them, not me

I did pay only my federal taxes in 2020
and as mentioned, knowing I owe back
taxes and what by now, should be legally
and rightfully taxes for 8 companies
that as of now, only I am still the
legal and rightful found of; I paid these
so that I could apply to the UN's
Summer Graduate Program in Geneva
and apply to, and pay for, the MIT
Micro Master's Certificate at the

Pg 4/24

Summons and Complaint
Daron Quaker vs. United States of America
Internal Revenue Servic

Abdul Latif Jameel Poverty Action Lab's DEPP Program, which if not abused since May 10, 2019 in the way I am I would have already started.

I also want to clarify that the reason that I have to write that the Hate Crime began in 2005 is for abusers of me, who violate my history, incl. all comments ever made by me and my body, and my rights, with them referencing what they found in, or about me, from this, not only files regarding me, or their history with me to derail my life and use me, namely Nancy Walton Laurie's former "company" members and "apprentices" if not me, from Cedar Lake Ensemble or Cedar Lake Contemporary Ballet, as they say, or see "(their) abuse of me as not abuse," or fair because of

Summons and Complaint
Davon Quaker vs. United States of America
Internal Revenue Serv

their views, other people abusing or hazing them, "their work", their relationships with me prior to 2005 of Kristen Neiser, or Kristen Reger, especially, or her current or former husband, or family, potentially, and in 2016 or 2017 my choices that they could view legally on my public or private social media or social network accounts.

It is important to note I was targeted in 2014, 2015, 2016, and 2017, due to people abusing me prior to these years, as well, and the impact of my being abused to me is defendable even if by definition to me also defined as criminal, which does not mean I am not willing to be incarcerated and plead guilty for any crimes I committed. However, I do know I can work legally in jail, pay my taxes, and hopefully not be forced to

Pg 6/24

Summons and Complaint
Dawn Quaker vs. United States of America
Internal Revenue Service

allow myself to be enslaved or abused by Kristen Weser or Kristen Rayer, Jason Saltzman, and/or other former employees of Nancy Walton Laurie, or Nancy Walton Laurie, and Taryn Kaschock-Russell, especial internally, in a way that is, of mirrors, synthetic telepathy, as I personally do not want to spend my life suing people, or other companies, but only find ~~that~~ doing so right or ethical when compared to the entities or people I mention or reference who abuse, use, exploit, and intentionally undermine me, my "body," my relationship, my future and my companies as in 2020, even as they abused me and them, they were said to make long term plans for any, or all, 8 of them and they had, or invited, my mother to attend fake funerals for me.

Summons and Complaint
Dawn Quaker vs. United States of America
Internal Revenue Service

In addition, the NYS Supreme Court of NY where I have been abused to file lawsuits like these since July 7, 2020, delayed a Summons and Complaint or Notice regarding this against the Internal Revenue Service (IRS) with a large number of others in March and April of 2021.

Jason Saltzman who has now abused me for 2.5+ years, if true, and was said to recruit Rep. Alexandria Ocasio-Cortez, to do so in December of 2018, or soon after that when I met him to talk about an article he wrote re. empathetic teams and a project related to my company, AURERA Ventures, called ~~the~~ Entrepreneurial Education ~~&~~ for Social and Economic Mobility (EESEM), as I was applying to be considered for a $15K grant from Colombia's Center for the Study of Social Differences (CSSD), whose change in deadline

Pg 8/24

date was sadly liked use as a template for the change in date of Execution for Lisa Montgomery who, like me, had 3 diagnosable psychiatric or mental health disorders; I was also forced to be a tool for those abusing me as her execution approached with the first date being in December of 2020 and the date of her death being in early January 2021, when the abused me over dying my hair blonde; Rani Chu having me coughed on, or someone saying the coughed on me "for Rani"; another person who abused me when staying at the Bowery Mission Tribeca; but in the Fall of 2019, and so, these people who abuse me connected it COVID-19, Rani Chu, and homelessness, prior to me testing positive for COVID-19 in April of 2020, and dance and the death penalty when having my haircut and forcing me to see

Pg 9/24

an image of a Batsheva piece, after forcing me to see images of blood on walls from the Hulu show based on the Margaret Atwood, "The Handmaid's Tale" in 2019; and seeing them, in this Batsheva piece by Ohad Naharin, an Israeli choreographer who I respect and whose company I emailed in fear due to abuse in 2019 not knowing what abusers of me, who still abuse me today on May 30, 2021, would do to them, their bodies, their brains, or their lives, as they were used to become accessories in the use and abuse of me and my companies per those abusing me in 2020 or 2021 when they were also said to have to exploit or choose to exploit and abuse, even sexually, an ex-boyfriend of mine and/or their wife in Israel, Gil Cohen and Gilli Kanfi, and

Pg 10/24

as I saw this Batsheva piece because people were abusing me, I was having my hair washed ~~to be~~ at the Aveda Institute on Spring Street in Manhattan.

In this piece, you can only see the shoes and shins of the dancers and they drop as if hanging, but not dying, so they land on their feet, and it is important because Jason Saltzman liked, per the abusers of me, to use my viewing habits including working with reality tv show stars, such as "The Real Housewives," and, "KUWTK," cast members, to abuse, use, or exploit me, my history, my company and my "body," and in a way that in 2017 would highlight later in 2019, 2020 and 2021, that the abuse of me what premeditated, which is evident with his use of Lo Bosworth, a cast member of, "The Hills," which recently began

a new Season, and Kristen Weiser, or Kristen Rajer, while abusing me internally the week of May 24, 2021, having a cast member, who was said by someone else who has abused and exploited me to a criminal extent, since 2015 and/or 2016, Leigh Ann Heidelberg, was said to contact, to abuse me in same way as I had watched the show they were on, "Vanderpump Rules," Tom Sandoval, who said, "viewer," as a reference to my viewing their show in my head, in the way describe Kristen, potentially Jason, Taryn, and others abuse me today, May 30, 2021, or someone else using them and their voice as those abusing me abuse, use, exploit and end up knowing or working with people on these shows, if they didn't prior to knowing I viewed their shows including CNN as I am watching it at

4:17pm est on May 17, 2021; additionally, the people abusing me have used this to abuse me over my goals, my political party affiliation, and psychologically abuse me over "family" and what it means with some of the cast of "KUWTK" said to list me as "their family" on a platform or something somewhere when I am not and people who abuse, use, or exploit me "keep close to" my own parents, including Kristen Naiser or Kristen Rayer and Amanda and Chad Galbaugh, which means they use and abuse them, while they have been abused or exploited over this for at least 8.5 to 9.5 years and this to me doesn't excuse any or abuse for any extent of time abuse of them, but is important to add because people use the 3 of us and my brother and sister in law's family which includes their two daughters and son, to harm, exploit, use, know, or abuse

one another in ways that limit us and negatively impact all of our lives if any, or all, of them are supported in doing this to any of the 7 of us, and for me, this includes my companies, not being able to talk to them because I'm constant abused, and what people use or do to abuse me, which I can explain to the defendants myself, as it includes potential murder or attempted murder of myself, my parents' neighbor, and at least 1 other person, Elizabeth Galt, in the late Summer or Fall of 2017, as I continued to be abused in ways that jeopardized me at work when working for other people or myself and this led to me borrowing money from my parents, and in 2021, people abusing me to the point I can't because they don't allow me, not because I am disabled in this way or not able to, write, read, work or think, myself

in ... smoked marijuana

Pg 14/24

as I write this as those harmy re want me to write they delayed my "becomy sober because (they) abused me, (which highlights their psychological and physical abuse because while not necessarily something I can prove I was abused over using drugs at my older brother's wedding in 2012 when I had not in years and still had an issue with alcohol, but similar to drugs could have addressed both successfully between 2011 and January 12, 2018 or July 8, 2019, or December 28, 20 which is when the abuse of me this way began to me in a way I could hear them and 3 dates that represents my attempts at sobriety, which is now, jeopardized, as while I don't drink or take drugs, myself, my roommate at the DHS Tillary Shelter at the Hilton Garden Inn on West 37th Street in New York City smokes marijuana

Pg 15/24

which is legal here, and while not allowed to smoke in the rooms, the goards know and yesterday, or today, she was said to potentially work for Jack Dorsey, who is unfortunately said to work with and be intimd with KayAnn Heidelberg as she uses me and my companies in her consulty, and she is said to have done this with Liam Neeson and members of Columbia Venture Community or affiliates or other people, like myself, who are alumni of Columbia University's School of General Studies, as well.

The orginal Summons regarding the IRS is attached and was not served and my parents and brother are people I watched abuse me and now, to me, be abused in 2018 because of the Hate Crimes; they would not have abused me in 2018 ~~or them~~ if not for this

Pg 16/24

I am happy to answer questions myself, related to abuse, my life, and my parents and my brother and their family with the defendants related to this because they are all abused and used and limited by those that harm me and even one of my and my brother's 2nd cousins, Taryn Kaschock-Russell, was said to introduce Shane Quaker, my brother, and his wife, Emily Quaker, to both, Kevin Tony and Cecilia Paykalinawan, who like Taryn Kaschock-Russell, are said to benefit from their use, exploitation and abuse of me, and there is no way this does not extend if true, to all of them, based on how I know them and the 3 people mentioned abusing, using, exploiting, and/or limiting us. KSQ

Please know I also need to not be abused while talking to the defendants by Gesche

Haas or her companies) or investors or these people while talking to the defendants because I am stopped from receiving adequate medical and mental healthcare; fear the Jenner, West, and Kardashian families for valid reasons, and I am more honest than these abusing me portray me to be or their use of my history, and I can explain why, but they have a lot to support, gain, and to continue to benefit from by keeping me in this situation, and be able to call me a "compulsive liar as someone did at 7:53 pm est while I am writing this on May 30, 2021, and not allowing me things they should not be able to stop or approve me doing, such as paying my own taxes, my own companies' taxes, and paying to form legal entities for my companies and work, and build my companies, and then, be able to ensure people or companies can hire me or talk to me without being intimately abused, used,

Pg 18/24

endangered, or forced to meet them.

Added 6/3/21 Please know I continued to be abused by people who know I can't stop them, or not allow them, to abuse or torture me, to add to this.

I know my parents and my brother's family were abused and my parents directly related to this in 2017, especially when a 1st cousin of mine, Tony Maggio, was said to be told to lie to them about how much money they had transferred to me via Western Union. They told me it was $40k, which is possible, and they, like me, but differently would have had to claim that on their taxes.

A man who abused me sexually in a relationship that was part of a criminal conspiracy, Amandeep Gojral, is also said, like others who abuse me and my parents, to talk to my parents, but about their taxes per people abusing me in 2019 or 2020 in the way they know I can't stop them and am forced to hear them and know they remain there

Pg 19/24

added Wednesday, June 9, 2021

Please know I received an IRS refund in my bank account today I should not have received.

I filed my taxes for year, 2020, incorrectly in February of 2020, so I could apply to MIT's J-PAL program that was abused and rebranded by the people or groups that abuse me. Dates of their publication(s) were even changed to fit the new name which included "Action", not "Alleviation" which it was in 2018 and 2019.

I had received an email re. a UN Master's Program for students in Geneva, and I emailed them to see if my being enrolled in J-PAL Micro Master's Certificate Program would work for the application; I know this does not mean I would be accepted, but I could apply, and in 2018 I became interested in this Micro Master's and was not able to complete the application due to my taxes not being

complete

I never applied to either program due to abuse, and a 2nd cousin, who like "Cedar lake" is part of a group, maybe her own family that wants to oppress me for the rest of my life and be "included" in everything related to me, including lawsuits, her name is Taryn Kaschock or Taryn Kaschock-Russell, and she forced me to hear her say that she contacted Robert Fadel, who I first talked to about MIT React, in 2018, and they had J-PAL add "blended" to an email or the program and forced me to hear them say it had to do with me posting a picture of me with my brother and a 1st cousin, Tony Maggio, who abused me as part of these Hate Crimes directly and who they said I exploited in posting this picture from my youth in a way that exploited his skin color to me, his ethnicity or his race, as I don't know if he is Italian or Native American. I didn't, but I do know I thought about

Pg 21/24

his complexion and the difference between how my brother and I, and he looked in 2017.

I also know all of the people who abused or abuse me legally can file lawsuits against me ~~or~~ even from 1998 ~~to~~ 2017 pursue criminal actions against me as an adult and those who didn't or don't, namely Taryn Kaschock or Taryn Kaschock-Russell, have abused me and in her case forced me to hear her say she benefited from doing so, which is important as she and others, victims or not, themselves inhibit me from remaining sober or living ~~and~~ in any environment, incl. a home, or one day having a home, where my Human and civil or constitutional right are not violated by them or ppl like them who abuse me this way, and inhibit me from building and working on my own companies, which this Metro Master's, and an education,

Pg 22/24

would help with for multiple reasons; I also would not be homeless and earning an income.

This is important because I was able to receive a $1400 stimulus check b/c I filed those taxes.

I actually owe the federal gov't $3200+, if I recall correctly based on taxes I filed for 2020.

I have yet to pay to form or form all the legal entities for my companies due to abuse and my taxes for the education/edtech company I founded in 2014 now called, AUKERA Ventures LLC, is the one most impactful to me in terms of income and my life for varied reasons between 2014 and 2020 and this is the one they would derail most b/c of their abuse of me, if not abusing me internally, which endangers my actual life constantly within

exaggeration; some of them may already be murderers who abuse me directly in this way, and I know how that could happen b/c of how they all choose to abuse me now in 2021, not only b/c I think I was abused in a similar way while attempting suicide in August of 2014.

Someone or another entity, however, paid my taxes in Delaware for AUKERA Ventures LLC between May 2020 and this Spring 2021, and I am the only person legally and rightfully who has ever been able to do this legally. Literally no one else is a legal or rightful representative of any my companies, especially in a way they could pay their taxes and the risk to them is worth it as they are mine and not Delaware's to delay payment on my side due to Hate Crimes against me and them always today if me, vs. an abuser of

me and so, them, paying my/their taxes and having the Company listed in "Good Standing".

I also have an issue with not being able to access the IRS site and order my history as I ordered my work and/or address history before, which lists all updates and any "on the record," so not cash only, employment. I now need this for not only my records or normal legal issues to me, but b/c these abuse me* chose per them to put people in groups (i.e. roommates, colleagues, relatives, etc.) to exploit them and/or have them abuse me and/or my entire life (i.e. birth to death as they undermine/oppress/use me intentionally) and my own now, 8, companies. This document would help today then, b/c since 7/7/2020 they even undermine my securing or trying to secure legal help or the help of law enforcement more by abusing/torturing/manipulating me to file civil action at Civil Courts, they also want to contact [illegible]

Courts, which I would, but today it would be b/c they use/abuse me, so I am used for the agenda/goals/lives of groups/people that abuse me/limit me/oppress me.

6/9/2021

CHASE SECURE BANKING (...8239) - chase.com

Printed from Chase Personal Online

Page 25

Apologies for the pages 25-28 related to new Summons submitted on 6/9/2021 5 page with Index 2021

## CHASE SECURE BANKING (...8239)

$490.77
Available balance

+$1,708.00
Deposits this month

-$1,074.07
Withdrawals this month

$490.77
Present balance

IRS Refund referenced in the previous page

## Account activity

SHOWING All transactions

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| Pending | ATM DEBIT 253 BROADWAY NEW YORK NY | Misc. debit | -$100.00 | — |
| | POS DEBIT MTA*METROCARD MACHINE NEW YORK NY | Misc. debit | -$33.00 | — |
| | POS DEBIT RIVER FOOD MARKET NEW YORK NY | Misc. debit | -$5.64 | — |
| | ORIG CO NAME:IRS TREAS 310 CO ENTRY DESCR: TAX REF SEC:PPD ORIG ID:9111036170 | ACH credit | $188.76 | — |
| | POS DEBIT SAMEDAYPROCESS.COM 2023984200 DC | Misc. debit | -$75.00 | — |
| | POS DEBIT FEDEX OFFICE #4475 NEW YORK NY | Misc. debit | -$67.75 | — |
| | POS DEBIT FEDEX OFFICE #4475 NEW YORK NY | Misc. debit | -$18.67 | — |
| | POS DEBIT CIVIC DELI NEW YORK NY | Misc. debit | -$10.66 | — |
| | POS DEBIT FEDEX OFFICE #4475 NEW YORK NY | Misc. debit | -$10.00 | — |
| | POS DEBIT OLD COUNTRY COFFEE INC NEW YORK NY | Misc. debit | -$7.62 | — |
| | POS DEBIT 9TH AVE GOURMET DELI NEW YORK NY | Misc. debit | -$6.24 | — |
| | POS DEBIT FEDEX OFFICE #4475 NEW YORK NY | Misc. debit | -$5.52 | — |
| | POS DEBIT SQ *PEOPLE'S FORUM, IN New York NY | Misc. debit | -$2.00 | — |
| Jun 8, 2021 | WHOLEFDS MHW#107 450 W NEW YORK NY 242078 06/08 (...5371) | Card | -$14.14 | $644.11 |

**nue Service**
n Ave., NW
C 20224

s
ate Use, $300

2021 AUG 23 AM 11: 38

Room 5336



2021 AUG 23 AM 11: 38

POSTAGE AND FEES PAID
DEPARTMENT OF THE TREASURY
554

5336

Route
Route B
Delivery Point
IRS Washington DC
NAME: CC:PA:LPD:DRU 5336

WSSI0BX6OA
W00001J4SK