```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DAWN QUAKER, :
:
:
Plaintiff, :
: 21-cv-7911 (LJL)
-v- :
: ORDER
:
INTERNAL REVENUE SERVICE, THE UNITED :
STATES OF AMERICA, :
:
Defendants. :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On September 27, 2021, the Court entered an Order to Show Cause directing Plaintiff to, within 60 days of that date, file an amended complaint or a declaration showing cause why the action should not be dismissed.  The Order further stated that "[i]f Plaintiff fails to submit either an amended complaint or a declaration within 60 days, or if the amended complaint or declaration is insufficient, the action will be dismissed without prejudice as frivolous."  Plaintiff has failed to submit either an amended complaint or a declaration.

      It is hereby ORDERED that the case is dismissed without prejudice as frivolous.  *See* 28 U.S.C. § 1915(e).

      The Clerk of Court is respectfully directed to close the case.

      SO ORDERED.

Dated: December 7, 2021
       New York, New York

                                                LEWIS J. LIMAN
                                         United States District Judge